# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DARIEN HOUSER, | : | No. 21 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, RAMSEY, S. WILLIAMS, YOUNG, KRALLE, GROSSMAN, CAMERON, BURKE, GLICA, HARRIS, CADDEN, CRUZ, JANE/JOHN DOE, ET AL, SUED IN INDIVIDUAL & OFFICIAL CAPACITY, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of May, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Application for an Immediate Hearing, the Motion to Compel an Answer, and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DENIED**,